UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61984-CIV-ROSENBAUM

SAMUEL D. ROSEN,

    Appellant,

vs.

JOEL L. TABAS,

    Appellee.
_____/

## ORDER

This matter is before the Court *sua* sponte and in relation to its prior Order granting Appellant's Motion for Leave to File Appeal. [D.E. 5]. The briefing schedule set forth in the Court's prior Order is hereby **CANCELED**. Pursuant to Local Rule 87.4, S.D. Fla., the Clerk of the Bankruptcy Court will proceed to prepare and transmit the record on appeal and a new District Court case number will be assigned to the appeal. The Clerk of the Court is directed to **CLOSE** this case. All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 25th day of October 2013.

                                          ROBIN S. ROSENBAUM
                                          UNITED STATES DISTRICT JUDGE

Copies Furnished to:

Counsel of Record